IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 13-20842 CMB |
| | ) |
| **William John Monsour,** | ) Chapter 11 |
| Debtor, | ) |
| | ) Adversary Case No. 13-02268 |
| **William John Monsour,** | ) |
| Plaintiff, | ) Related Document No. # 13 |
| vs. | ) |
| **Suntrust Mortgage; Green Tree Servicing,** | ) |
| Defendants. | ) |

### ORDER OF COURT

AND NOW, to-wit, this 10th day of Feb., 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that in default of an Answer being filed by the Defendant, **Green Tree Servicing,** a judgment is entered against the Defendant, **Green Tree Servicing.**

1. **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Debtor's real estate at 725 Shawnee Lane a/k/a R.D. #2 Weller Road, Ligonier, PA 15658, is no longer subject to the Mortgage lien of Green Tree Servicing, mortgage dated April 30, 2007, in the face amount of $103,000.00 and recorded in the Recorder's Office of Westmoreland County, Pennsylvania at Instrument # 200705080021420 on May 8, 2007.

**IT IS FURTHER ORDERED** that the Debtor may record this Order to evidence the removal of the above mortgage lien on the real estate located 725 Shawnee Lane a/k/a R.D. #2 Weller Road, Ligonier, PA 15658.

By the Court,

Carlotta M. Böhm
**United States Bankruptcy Judge**

FILED
FEB 10 2014
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA